# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Agustin Mendoza; Matt Strause, Sr., Matt Strause, Jr., <br><br> Plaintiffs, <br><br> vs. <br><br> Dust Technologies Inc., LLC, an Arizona limited liability company, d.b.a. Maricopa Curb & Striping, an Arizona registered tradename; Randall Artman and Silvia Artman, husband and wife <br><br> Defendants | Case No. 2:16-cv-02439-SRB <br><br> **ORDER** |

Pursuant to the parties' Stipulation of Dismissal with Prejudice, and good cause appearing,

**IT IS HEREBY ORDERED** that this lawsuit is dismissed with prejudice with each party to bear their own costs and attorneys' fees.

Dated this 4th day of April, 2017.

_____
Susan R. Bolton
United States District Judge